1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11

12  BLAKE ANDERSON,                        Case No. 15-CV-05243-LHK
13              Plaintiff,                 **CASE MANAGEMENT ORDER**
14        v.
15  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA,
16
17              Defendant.

18  Plaintiff's Attorney: Brian Kim
    Defendant's Attorney: Sevana Babooian
19
20        An initial case management conference was held on February 10, 2016.  A further case management conference is set for May 18, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by May 11, 2016.
21
22        By February 26, 2016, Plaintiff shall determine whether to move to augment the administrative record, and shall serve initial disclosures.
23
          The Court set the following case schedule:
24
25
26
27
                                        1
28
    Case No. 15-CV-05243-LHK
    CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | April 6, 2016 |
| Deadline to Complete Mediation | May 6, 2016 |
| Close of Fact Discovery | August 4, 2016 |
| Last Day to File Discovery Motions | August 11, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case)<br><br>Parties shall file cross-motions for summary judgment and cross-oppositions.  There will be no replies. | September 15, 2016 |
| Hearing on Dispositive Motions | November 3, 2016, at 1:30 p.m. |
| Length of Hearing on Dispositive Motions | 1 hour |

**IT IS SO ORDERED.**

Dated:  February 10, 2016

_____
LUCY H. KOH
United States District Judge